UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WHITE COAT WASTE PROJECT,

       Plaintiff,

    v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

       Defendant.

Civil Action No. 25-2650 (LLA)

**JOINT STATUS REPORT**

The parties in this Freedom of Information Act ("FOIA") case, Plaintiff White Coat Waste Project and Defendant, the U.S. Department of Health and Human Services ("Defendant" or "DHHS"), by and through undersigned counsel, submit this joint status report pursuant to the Court's Minute Order dated February 23, 2026.  The parties have conferred and report to the Court as follows.

Plaintiff filed its complaint on August 13, 2025 (ECF No. 1), and Defendant answered the complaint on September 24, 2025 (ECF No. 4).  This matter involves three FOIA requests issued to the National Institutes of Health ("NIH"), a component of DHHS regarding animal experiments and related funding.  DHHS reports that the searches for the three requests have been completed and resulted in a total of approximately 1,100 pages of potentially responsive records. The breakdown of the results for each request is as follows: Request No. 61973 has approximately 350 pages of potentially responsive records; Request No. 62654 has about 650 pages of potentially responsive records; and Request No. 63787 has about 100 pages of potentially responsive records.

NIH issued its first production on May 20, 2026. NIH will continue to process records and issue rolling monthly productions of responsive, nonexempt material until processing is completed.

The parties propose that the next Joint Status Report be filed on or before August 21, 2026 to update the court on the status of Plaintiff's FOIA request.

Dated: May 21, 2026
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: _____ */s/ Thomas W. Duffey* _____
    THOMAS W. DUFFEY
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2510

*Attorneys for the United States of America*

*/s/ Matthew Strugar*
MATTHEW STRUGAR (D.C. Bar No. 1010198)
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
323-696-2299
matthew@matthewstrugar.com

*Attorneys for Plaintiff*

- 2 -